FILED
2014 Jul-14  AM 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| DENNIS GIBSON, | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| v. | } | **Case No.:  2:14-cv-00514-MHH** |
| | } | |
| PHILLIPS & COHEN | } | |
| ASSOCIATES, LLC; PCA | } | |
| ACQUISITIONS V, LLC d/b/a | } | |
| PORTFOLIO ASSET GROUP, | } | |
| | } | |
| **Defendants.** | } | |

## FINAL JUDGMENT

Consistent with the parties' offer and acceptance of final judgment (*see* Doc. 17), the Court enters **FINAL JUDGMENT** in favor of plaintiff Dennis Gibson and against defendants Phillips & Cohen Associates, LLC and PCA Acquisitions V, LLC d/b/a Portfolio Asset Group in the amount of $7,500.00, which includes fees and costs.  The Court **DISMISSES** this action **WITH PREJUDICE**.  The Court directs the Clerk to please close the file.

**DONE** and **ORDERED** this 14th day of July, 2014.

*Madeline H. Haikala*

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE